| | | | |
|---|---|---|---|
| Local 67, AFSCME, AFL-CIO v. City of Racine | 2016AP001584 | 10–11–2017 | Affirmed |
| Van Horn Hyundai, Inc. v. Lake City Supply Co. LLC | 2016AP001601 | 10–11–2017 | Affirmed |
| State v. Hicks† | 2016AP001613 CR | 10–17–2017 | Affirmed |
| Schmelzer v. Kewaunee County | 2016AP001633 | 10–03–2017 | Reversed and remanded |
| Mahaffey v. Mahaffey | 2016AP001676 | 10–24–2017 | Affirmed |
| State v. Elliott† | 2016AP001677 CR | 10–31–2017 | Affirmed |
| Neelis v. The Masquers, Inc. | 2016AP001696 | 10–18–2017 | Affirmed |
| DeWitt v. Ferries† | 2016AP001765 | 10–26–2017 | Reversed |
| State v. Garza† | 2016AP001794 CR, 2016AP001795 CR | 10–04–2017 | Affirmed |
| State v. Kinsley† | 2016AP001836 CR | 10–18–2017 | Affirmed |
| City of New Richmond v. Slocum† | 2016AP001887 | 10–11–2017 | Affirmed |
| State v. Tally-Clayborne† | 2016AP001912 CR | 10–17–2017 | Affirmed |
| Eisenga v. Eisenga† | 2016AP001946 | 10–05–2017 | Affirmed |
| State v. Martinez | 2016AP001990 CR, 2016AP001991 CR | 10–03–2017 | Affirmed |
| State v. Goodenough† | 2016AP002050 CR | 10–31–2017 | Affirmed |
| State v. M. P.† | 2016AP002104, 2016AP002105 | 10–17–2017 | Affirmed |
| State v. Charleston | 2016AP002116 CR | 10–18–2017 | Affirmed |
| State v. Basterash | 2016AP002137 CR | 10–26–2017 | Affirmed |
| Local 643 Transit, AFSCME, AFL-CIO v. City of Beloit | 2016AP002156 | 10–24–2017 | Affirmed/ reversed/ remanded |
| City of West Bend v. Smith | 2016AP002170 | 10–18–2017 | Affirmed |
| Reinke v. Jacobson | 2016AP002197 | 10–26–2017 | Affirmed |

† Petition to review filed.